# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 5:08-cr-24-Oc-28PRL

JOHNNIE ANTONIO SMITH

_____

## ORDER

Defendant's Motion for Early Termination of Supervised Release (Doc. 57) is before the Court for consideration.[1] The Government filed a response wherein both Defendant's Probation Officer and the United States oppose the requested relief. (Doc. 61). On November 20, 2008, Defendant was sentenced to three months imprisonment to be served consecutively to an undischarged term of imprisonment in another case,[2] followed by three years of supervised release for providing or possessing contraband in prison. (Docs. 48, 50, 52).  Defendant began his term of supervised release on August 12, 2019. (Doc. 57). Under 18 U.S.C. §3583(c)(1), I have considered the pertinent factors of 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) and the purpose of supervised release. Defendant's Motion to Terminate Supervised Release is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on October  6 , 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Johnnie Antonio Smith

_____

[1] Defendant also filed an affidavit in support of his motion.  (Doc. 58).

[2] Case number 5:93-cr-7-Oc-10-GRJ.